# United States District Court
# For The Western District of North Carolina
# Charlotte Division

MARION ALEX HOWARD,

        Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                         3:11-cv-550-GCM
                                        **3:02cr238-GCM-1**

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 4, 2012 Order.

                                                        Signed: December 5, 2012

Frank G. Johns, Clerk
United States District Court