# United States District Court
# For The Western District of North Carolina
# Charlotte Division

MARION ALEX HOWARD,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11-cv-550-GCM
**3:02cr238-GCM-1**

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 4, 2012 Order.

Signed: December 5, 2012

Frank G. Johns, Clerk
United States District Court