IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-550
(3:02-cr-238)

| | |
|---|---|
| Marion Alex Howard, ) | |
|     Petitioner, ) | |
| ) | |
|   v. ) | **ORDER** |
| ) | |
| USA, ) | |
|     Respondent, ) | |

    THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. On December 5, 2012, this Court entered an Order granting the Motion to Vacate, Set Aside or Correct Sentence (2255). Accordingly, the special assessment paid by Mr. Howard should be reimbursed. The Clerk's Office is therefore ORDERED to refund the special assessment to Mr. Howard.

    IT IS SO ORDERED.

Signed: January 3, 2013

Graham C. Mullen
United States District Judge